**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

JOHN WESLEY HINTON                    :
          Debtor.                    :        CASE NO.: 17-67858-SMS
                         :

==============================================================

**POST CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below
and requests that this modification be approved.

**MODIFICATION OF PLAN**

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court
on 12/26/2018  (Doc. No. 34) (with no post confirmation modifications), as follows:

    1.      Debtors hereby modify Paragraph 2 as follows:

      Notwithstanding anything herein to the contrary, Debtor shall be entitled to
extend the term of this Plan up to <u>74 months</u> pursuant to the terms of 11 USC §
1329(d)(1), as amended by the Coronavirus Aid, Relief and Economic Security Act
("CARES Act") because Debtor has experienced a material economic hardship related to
the COVID-19 pandemic.  Debtor has had  his trucking hours and routes reduced and
faced a significant loss of income.   Debtor is now working full time again.

    2.      Debtor shall pay all plan payments to the Trustee until such time as the
            Plan issatisfied in full.  Nothing herein shall increase the Plan base or
            required payments.

Respectfully submitted this November 1, 2021

                              _____/s/_____
                              Howard P. Slomka, Esq.
                              Georgia Bar No. 652875
                              Slipakoff & Slomka, PC
                              6400 Powers Ferry Road # 391
                              Atlanta, GA 30339
                              404-800-4001
                              HS@ATL.law

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

JOHN WESLEY HINTON                  :
          Debtor.                  :          CASE NO.: 17-67858-SMS
                          :

============================================================

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE**
**AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

      **PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

      **DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed on: November 1, 2021.  If the twenty-fourth dayafter the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

            **PLACE OF FILING:**          **Clerk, U.S. Bankruptcy Court**
                                        **Room 1340 United States Courthouse**
                                        **Richard B. Russell Building**
                                        **75 Ted Turner Drive, SW**
                                        **Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

      You must also serve a copy on the undersigned at the address stated below and on Debtor at:

**John Wesley Hinton, Jr.**
532 Cleveland Ave
Apt 26F
Atlanta, GA 30315

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification on **December 14, 2021 at 9:50 a.m. in Courtroom 1201** U.S. Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

**\*Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone.**

**Please dial the number below to access the hearing at the appointed time:**

**Toll Free Number 833-568-8864**

**Meeting ID 161 179 4270**

Respectfully submitted this November 1, 2021.

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
6400 Powers Ferry Rd # 391
Atlanta, GA 30339
404-800-4017
HS@ATL.law

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

JOHN WESLEY HINTON                    :
       Debtor.                              :          CASE NO.: 17-67858-SMS
                          :
==============================================================


**DECLARATION UNDER PENALTY OF PERJURY**

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


                    ___/s/_____
                    JOHN WESLEY

                       JOHN WESLEY HINTON


This November 1, 2021


Penalty of making false statement or concealing property:

Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

JOHN WESLEY HINTON                          :
          Debtor.                          :          CASE NO.: 17-67858-SMS
                                          :
========================================================

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Post-Confirmation Modification of Confirmed Plan and Notice of Filing and Deadline for Objections, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley, Standing Ch. 13 Trustee (served via ECF)
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: November 1, 2021

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
6400 Powers Ferry Road, Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law

Label Matrix for local noticing
113E-1
Case 17-67858-sms
Northern District of Georgia
Atlanta
Mon Nov  1 15:15:57 EDT 2021

American Credit Accept
961 E Main St
Spartanburg, SC 29302-2185

Associated Credit Unio
6789 Peachtree
Atlanta, GA 30360

CarFinance Capital
P.O. Box 3807
Coppell, TX 75019-5877

CarFinance.com
Attn: Bankruptcy Department
620 Newport Center Drive
#1100
Newport Beach, CA 92660-8011

Covington Credit
4763 Memorial Drive
Suite C
Decatur, GA 30032-1443

Crescent Hills Apts
532 Cleveland Avenue SW
Riverdale, GA 30274

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Flagship Credit Accept
7525 Irvine Center Dr St
Irvine, CA 92618-3066

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Sonya Buckley Gordon
K. Edward Safir, Standing Chapter 13 Tru
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1229

Albert Clark Guthrie
K. Edward Safir, Standing Chapter 13 Tru
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1229

John Wesley Hinton Jr.
532 Cleveland Ave
Apt 26F
Atlanta, GA 30315-8012

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4600

LVNV Funding, LLC its successors and assigns
assignee of Compucredit
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mtc Federal Credit Uni
Po Box 1944
Greenville, SC 29602-1944

Riverdale Finance
6463 Church Street
Riverdale, GA 30274-2040

K. Edward Safir
N. Whaley, Interim Ch. 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1229

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1259

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339-2970

Sunset Finance Company
253 N Main Street
Jonesboro, GA 30236-3687

Sunshine Property Management
One Alliance Center
3500 Lenox Road NE
Atlanta, GA 30326-4228

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

World Finance Corporat
2640b Metropolitan Pkwy
Atlanta, GA 30315-7921